Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
SDNY PRO SE OFFICE

2022 OCT 12  AM 9: 58

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Manhattan Division

JINJA "Kyng Pariah" Johnson

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

~~Oscar Cortes~~    -v- Robert McClain
Alvin Javier, Tito Martinez "KKK"
Donald J. Trump, John Johnsen
Junito Perez, Frampton Praisley
Andrew Mejia, Cont'd (Attached)
Cap: Kim, Rikers Island

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                        JINJA J.J. JOHNSON

All other names by which
you have been known:                        KING PARIAH

ID Number                                   349 22 00 274

Current Institution                         ROSE. M. SINGER CENTER

Address                                     19 - 19 HAZEN STREET
                                            EAST ELMHURST    NY    11370
                                            _____City_____  _State_  _Zip Code_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                                    ATTACHED
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                                            NEW YORK    NY
                                            _____City_____  _State_  _Zip Code_
    ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                                    ATTACHED
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                                            NEW YORK    NY
                                            _____City_____  _State_  _Zip Code_
    ☑ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name                              ATTACHED
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                                      NEW YORK     NY
                                      *City*       *State*        *Zip Code*
                                      ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name                              ATTACHED
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                                      NEW YORK     NY
                                      *City*       *State*        *Zip Code*
                                      ☒ Individual capacity   ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ALL  RIGHT  VIOLATED

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NAMES ~~ALL NYPD~~                    #

LILY C. GRAHAM          0333/~~96608~~

MARIO DESIMONE

DAVID SOMERSET

JAMES STELLA

MYRNA THOMAS

LAWRENCE E. SLOAN

BRANDY A. MORA

* RICHARD DIDONATO

ADRIAN ARAV

P/O ARGENYS CONCEPCION

GEORGE OSEI

SGT PETER CYBULSKI

~~CATTANI~~ ROBERT CATTANI

THOMAS BISCIONE

LT ALGIERIO

P/O MAGRINO (009th)

DET HANNIGAN          TURN ON
                       → BACK
P/O HEREDIA

CAP. - KALICOVIC
INS. - OSHARE
C/O (MALE)  MEIJA
C/O (MALE)  PARSONS
C/O (MALE)  MARTINEZ
C/O (MALE)  ARCHER

IN MATE   VICTORIA  NASAROVPA

IN MATE   KEIRA   ROBINSON



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_ALL RIGHTS, ALL OF THEE ABOVE_

D.    ~~Section 1983 allows defendants to be found liable only when they have acted "under color of any~~
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

_N/A_

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑    Pretrial detainee

☑    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NEW YORK, NEW YORK   FROM SOHO - CHINATOWN - MIDTOWN
THE PEOPLE HAVE MALICIOUSLY TARGETED ME BECAUSE OF
JEALUSY & MY SEXUALITY & ORIENTATION   OR HAVE SEXUALLY
HARRASSED ME IN SOME WAY.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

ALWAYS WHILE I WAS IN CUFFS, OR TAKING A SHOWER IN
DORMS BATHROOM W/ MIRROR CEILINGS. SINCE I'VE GOTTEN ON
THIS ISLAND. INCLUDING BEING ATTACKED BY INMATES &
OFFICERS TAKING OTHERS SIDE TO MAKE ME LOOK AGGRESSIVE.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

JAN 18, 2018 & JAN 31, 2018, SEPTEMBER 27, 2019
JANUARY 31, 2022 - FEB 3, 2022

DEC, 2000 (HOW I FEEL)

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

ALL OF PERSON HAVE EITHER SEXUALLY ASSAULTED ME
OR SEXUALLY HARRASSED ME BECAUSE OF MY
SEXUAL PREFERENCE & ORIENTATION.
OR THEY HAVE ATTACKEDA ME FOR NO REASON
EVEN POISONED MY FOOD HERE IN JAIL. OUT OF
JEALOUSY

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

I AM ON AN INHALER FROM SPRAY  OF PEPPER SPRAY
EXPOSURE
I WAS SEXUALLY ASSAULTED BY THE OFFICERS VIA
ARREST JAN 31 2022, I WAS ATTACKED BY MEN
& PROSECUTED FOR PROTECTING MYSELF AS A WOMAN
& SEXUALL ASSAULT SURVIVOR.
        KYNG PARIAH - HOW I FEEL (YOUTUBE)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

I WANT THEM TO BE PROSECUTED FOR A HATE
CRIME BECAUSE I'M A COMMUNITY MEMBER OF
THE (L)GBTQIA, & I WANT TO SUE FOR PAIN & SUFFERING

2,000,000,000,000

TWO TRILLION BETWEEN ALL OFFENDERS
& A RESTRAINING ORDERS FOR ALL
FOR LIFE... IF POSSIBLE.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ROSE M. SINGER CENTER

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes   (PREA)

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

P.R.E.A. HAS BEEN INVESTIGATING MY CLAIMS

2.    What did you claim in your grievance?

SEXUAL HARRASSMENT. FOR SITUATIONS IN FACILITY.

3.    What was the result, if any?

STILL INVESTIGATING & I WAS STILL BEING VIOLATED

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

N/A

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A    NOTHING WAS DONE

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

INCIDENTS OCCURED EITHER ARE ON MY INSTAGRAM PAGE @ KYNG PARIAH OR IN NYPD DATA BASE.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    JINJA JOHNSON

Defendant(s)    RMSC

2.    Court *(if federal court, name the district; if state court, name the county and State)*

THIS COURT (FEDERAL

3.    Docket or index number

21 - CV - 2076 (CM)

4.    Name of Judge assigned to your case

COLLEEN McMAHON

5.    Approximate date of filing lawsuit

FEB. 2021    OR MARCH 11 2021

6.    Is the case still pending?

[ ] Yes

[✓] No

If no, give the approximate date of disposition    DISMISSED FROM
NO RESPONSE I WAS

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

RELEASED & HAD NOT FOLLOWED UP.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/12/22

Signature of Plaintiff    _aka Kyng Pariah_

Printed Name of Plaintiff    JINJAI JOHNSON AKA KYNG PARIAH

Prison Identification #    3492200774

Prison Address    19-19 HAZEN STREET

EAST ELMHURST    NY    11370
City    State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City    State    Zip Code

Telephone Number    _____

E-mail Address    JINJAJ21@GMAIL.COM



# NEW YORK CITY POLICE DEPARTMENT
## POLICE LABORATORY
### FIREARMS ANALYSIS SECTION

**LABORATORY REPORT**

| | |
|---|---|
| LABORATORY # | 2022088857 |
| | |
| COMPLAINT # | 2022-... |
| | |

INVOICED BY: PO LILY GRAHAM (TAX #...) Command: ... Precinct

DEFENDANT(S): JIN A. JOHNSON

TYPE OF ANALYSIS: FIREARMS EXAMINATION

DESCRIPTION OF ITEMS ANALYZED

# LABORATORY REPORT



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**FIREARMS ANALYSIS SECTION**

*AGAIN* *EXHIBIT B*

| | |
|---|---|
| LABORATORY # | 2022-003657 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | 2022-014-001040 |
| INVOICE # | 1001483730 |

**INVOICED BY:** POF LILY GRAHAM Tax#:966080 Command: 013 Precinct

DATE SUBMITTED: 02/03/2022

**DEFENDANT(S):** JINJA JOHNSON    AGE: 30    *PRECINCT*

ANALYSIS STARTED: 02/04/2022
ANALYSIS COMPLETED: 02/04/2022

**TYPE OF ANALYSIS:** FIREARM EXAMINATION    *SAME ARREST OF ALVIN JAVIER*

## DESCRIPTION OF ITEMS ANALYZED

*PAGE 9-17*

EVIDENCE PRESENT AS ITEMIZED ON INVOICE:   [X] YES   [ ] NO (SEE REMARKS)

*CHECK TIMES w/ ANALYSIS LAB PAPERWORK*

| Laboratory # | Invoice # | Invoice Item # | Laboratory Item # | Description |
|---|---|---|---|---|
| 2022-003657 | 1001483730 | 1 | 2 | Pistol - 9mm Luger Caliber, Semiautomatic, Taurus, Model: PT111 G2C, Serial Number: TMS82918 *CORRECT* |
| 2022-003657 | | | 2.1 | FAS Cartridge - 9mm Luger Caliber, Winchester, Full Metal Jacket |
| 2022-003657 | | | 2.2 | FAS Cartridge - 9mm Luger Caliber, Winchester, Full Metal Jacket |
| 2022-003657 | | | 2.3 | FAS Cartridge - 9mm Luger Caliber, Federal Cartridge, Full Metal Jacket |
| 2022-003657 | | | 2.4 | FAS Cartridge - 9mm Luger Caliber, Federal Cartridge, Full Metal Jacket |
| 2022-003657 | 1001483730 | 2 | 3 | Magazine - 9mm Luger Caliber, Capacity: 12 |
| 2022-003657 | 1001483730 | 3 | 4.1 | Case Cartridge - 40 S&W Caliber, Federal, Full Metal Jacket |

## RESULTS OF EXAMINATION/ANALYSIS

Pistol (2) was test fired using laboratory ammunition and is OPERABLE.

*BUT MY GUN WAS NEW & NEVER FIRED*

Submitted Case Cartridge (4.1) was examined and tested OPERABLE in FAS Pistol: 40 S&W Caliber, Semiautomatic, Glock, Model: 23, Serial Number: VU739US.

*NOT MY PISTOL*

*THEIR .40 VS BABY 9mm*

## REMARKS

*SO WHAT PISTOL WAS FIRED? I'M CONFUSED*

THE RESULTS STATED ABOVE RELATE ONLY TO THE ITEMS TESTED OR SAMPLED AND APPLY TO THE SAMPLE AS RECEIVED. THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THIS REPORT SHALL NOT BE REPRODUCED EXCEPT IN FULL WITHOUT APPROVAL OF THE LABORATORY TO PROVIDE ASSURANCE THAT PARTS OF A REPORT ARE NOT TAKEN OUT OF CONTEXT. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: http://www.criminaljustice.ny.gov/forensic/labreportstandards.htm

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| DET III | Richard Didonato | *Robert N. Nuts* | 948888 | 02/04/2022 | 02/04/2022 |
|---|---|---|---|---|---|
| RANK/TITLE | AUTHORIZER/ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

PAGE 1 OF 1

*30)*

# LABORATORY REPORT

NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
FIREARMS ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2022-003657 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | 2022-014-001040 |
| INVOICE # | 1001483730 |

INVOICED BY: POF LILY GRAHAM Tax#:966080 Command: 013 Precinct

DATE SUBMITTED: 02/03/2022

ANALYSIS STARTED: 02/04/2022
ANALYSIS COMPLETED: 02/04/2022

DEFENDANT(S):  JINJA JOHNSON        AGE: 30

TYPE OF ANALYSIS:   FIREARM EXAMINATION

## DESCRIPTION OF ITEMS ANALYZED

EVIDENCE PRESENT AS ITEMIZED ON INVOICE:   [X] YES   [ ] NO  (SEE REMARKS)

| Laboratory # | Invoice # | Invoice Item # | Laboratory Item # | Description |
|---|---|---|---|---|
| 2022-003657 | 1001483730 | 1 | 2 | Pistol - 9mm Luger Caliber, Semiautomatic, Taurus, Model: PT111 G2C, Serial Number: TMS82918 |
| 2022-003657 | | | 2.1 | FAS Cartridge - 9mm Luger Caliber, Winchester, Full Metal Jacket |
| 2022-003657 | | | 2.2 | FAS Cartridge - 9mm Luger Caliber, Winchester, Full Metal Jacket |
| 2022-003657 | | | 2.3 | FAS Cartridge - 9mm Luger Caliber, Federal Cartridge, Full Metal Jacket |
| 2022-003657 | | | 2.4 | FAS Cartridge - 9mm Luger Caliber, Federal Cartridge, Full Metal Jacket |
| 2022-003657 | 1001483730 | 2 | 3 | Magazine - 9mm Luger Caliber, Capacity: 12 |
| 2022-003657 | 1001483730 | 3 | 4.1 | Case Cartridge - 40 S&W Caliber, Federal, Full Metal Jacket |

## RESULTS OF EXAMINATION/ANALYSIS

Pistol (2) was test fired using laboratory ammunition and is OPERABLE.

Submitted Case Cartridge (4.1) was examined and tested OPERABLE in FAS Pistol: 40 S&W Caliber, Semiautomatic, Glock, Model: 23, Serial Number: VU739US.

## REMARKS

*PAGES 35 - 37 DISPLAYS INCONSISTENCY IN STORIES*

*PAGES 9 - 17 COLLABARATES THE INCONSISTENCY IN LAB ANALYSIS*

*NO DATE   NO SIGNATURE*
*THE KEEP PLAYING W/ MY GUN*

THE RESULTS STATED ABOVE RELATE ONLY TO THE ITEMS TESTED OR SAMPLED AND APPLY TO THE SAMPLE AS RECEIVED. THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE.  THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THIS REPORT SHALL NOT BE REPRODUCED EXCEPT IN FULL WITHOUT APPROVAL OF THE LABORATORY TO PROVIDE ASSURANCE THAT PARTS OF A REPORT ARE NOT TAKEN OUT OF CONTEXT.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
http://www.criminaljustice.ny.gov/forensic/labreportstandards.htm
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME.  FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| DET III | Richard Didonato | | 946888 | | |
|---|---|---|---|---|---|
| RANK/TITLE | AUTHORIZER/ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |



New York City Police Department
Police Laboratory
Firearms Analysis Section

| | |
|---|---|
| Laboratory # | 2022-003657 |
| Complaint # | 2022-014-001040 |
| Invoice # | 1001483730 |

### INVENTORY NOTES

Sealed: ☑ Yes ☐ No
Signature/initials on:  Outer Packaging Condition:
☑ Packaging Seal(s)  ☐ Police Laboratory Sticker
☐ Not signed/initialed

Container #: Cardboard Box w/ NYPD PETS Sticker ☐ 6661686

| Invoice Item # | Laboratory Item # | Description of Evidence | Existing ID Marks |
|---|---|---|---|
| 1 | 2 | Pistol * | — |
| 2 | 3 | Magazine | — |
| | | PZB | |
| 3 | 4 | (9) ctgs | — |

\* Invoice states Pistol (2) Cal as "40" Caliber is actually "9mm Luger. Invoice also states Pistol (2) Model as "PT111 G2A" Model is actually "PT111G2C".

Ballu no conferral needed

CORRECT

NEVER WAS FIRED

BUT I HAD 10 BULLETS
ONE IN CHEST WALLET JUST INCASE
I USED THE WHOLE CLIP I COULD
POP THAT IN THE CHAMBER
DISPLAY 1 & 2 ON PAGES (26 & 27)
NYPD KNIFE (PROOF OF REOPENING PACKAGE)

Evidence Present as Itemized on Invoice? Yes: X  No: ____  If No, Supervisor Initials: _____

DET III
Rank/Title

Richard Didonato
Name

Signature/Initial

Page 1 of 2

FAS Form 107 (Revision # 1, Date Effective: 07/26/2019, Page 1 of 1, Issuing Authority: Director/Deputy Director)

38



Tinya Johnson
31-19/31/9/ Hagen St.
e. Elmhurst N.Y. 11370

United States
District Court
41D Foley St
New York N.Y. 10007

CERTIFIED MAIL

7020 1810 0001 7435 0289

UNITED STATES POSTAL SERVICE
$ 010.36⁰
MAR 1 4 2022
MAILED FROM ZIP CODE 11370