UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINJA J. KYNG PARIAH JOHNSON,

                Plaintiff,

-against-

ROBERT MCCLAIN, et al.,

                Defendants.

22-CV-8685 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the June 14, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 28, 2023
         New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge